**FILED**
January 09, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **CORALIA D. LOPEZ,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL NO. SA-25-CV-232-OLG** |
| | § | |
| **FRANK BISIGNANO,** Commissioner of the Social Security Administration, | § § § | |
| Defendant. | § | |

## ORDER

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (the "Report") (Dkt. No. 16), filed on December 19, 2025, that the final decision of the Commissioner of the Social Security Administration be affirmed. Neither party filed objections to the Report.

When no party objects to a magistrate judge's recommendation, the Court need not conduct a de novo review of the entire record. *See* U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendation to which objection is made."); FED. R. CIV. P. 72(b). Rather, the Court need only review the magistrate judge's recommendation to determine whether it is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed the Report and is of the opinion that it is correct. Accordingly, the Report (Dkt. No. 16) is **ACCEPTED** and, for the reasons set forth therein, the decision of the Commissioner is **AFFIRMED**.

This case is **CLOSED**.

**IT IS SO ORDERED.**

SIGNED this ___9___ day of January, 2026.

_____
ORLANDO L. GARCIA
United States District Judge